First Department. April 14, 1916.) Motion granted; questions certified. Order filed.

EASTCHESTER SAVINGS BANK, respondent, v. Caroline A. DOW, and others, defendants; Holmes Jones, appellant. (Supreme Court, Appellate Division, Second Department, April 7, 1916.) Motion granted, with $10 costs.

In the matter of the application of the City of New York, relative to acquiring title, etc. Opening and extending EAST TWELFTH STREET, etc. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills and Rich, JJ., concur.

Frederick EDELATEIN, Applt., v. CONEY ISLAND & BROOKLYN R. CO., Respt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgment and orders affirmed with costs. No opinion. (Clarke, P. J., dissenting.) Order filed.

In the Matter of the ELECTION OF THE TRUSTEES OF SHILOH BAPTIST CHURCH. Petition of Henry SCOTT et al. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion granted. Resettle order before Mr. Justice Mills.

The EQUITABLE TRUST COMPANY OF NEW YORK, applt., v. DEPOSIT MILLING COMPANY, respt. (Supreme Court, Appellate Division, Third Department. May 11, 1916.) Motion granted.

Arthur G. ERLANGER, appellant, v. Harriet E. ERLANGER, respondent. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Motion for stay granted only in so far as the order provides for counsel fee.

Josephine M. FAIRCHILD, appellant, v. SCARSDALE ESTATES, respondent; Emma E. REED et al., defendants. (Appeals Nos. 1 and 2.) (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Orders affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

In the Matter of the Petition of William W. FARLEY, as State Commissioner of Excise, etc., for an order revoking and canceling liquor tax certificate No. 20889, issued to Wasyl Bednarczuk. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order (153 N. Y. Supp. 271) affirmed with $50 costs and disbursements. All concur.

In the Matter of the Petition of William W. FARLEY, as State Commissioner of Excise, etc., for an order revoking and canceling liquor tax certificate No. 13007, issued to Eron Blakely. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Motion to dismiss appeal denied. Order reversed and matter remitted to Special Term, with costs to appellant to abide the final award of costs. Held, that the court erred in excluding the testimony offered to show that the premises had become disorderly. All concur.

In the Matter of the Petition of William W. FARLEY, as State Commissioner of Excise, etc., for an order revoking and canceling liquor tax certificate No. 16122, issued to Nellie Schindler. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Motion granted, and order of reversal entered herein on March 26, 1915, amended so as to allow to the interveners $10 costs and disbursements on the appeal and $50 costs and disbursements at Special Term.

Annie FARLEY, as admx., Applt, v. Peter J. CAREY and ano., Respt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Barney FEINBERG, Respt., v. POUGHKEEPSIE CITY & WAPPINGER FALLS RY. CO., Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order reversed with $10 costs and disbursements and motion granted. No opinion. Order filed.

Barnet FEINSTEIN v. Max SCHWARTZ et al. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion for stay granted on condition that defendants give an undertaking in the sum of $2,000, and that the appeal be prosecuted expeditiously. Settle order on notice.

Anna FENN v. Marie KIRSTEIN. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Motion denied, with $10 costs.

Francis FIDELER, respondent, v. George W. LINCH, as receiver of the Second Avenue Railroad Company, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of the probate of a paper propounded as the last will and testament of John F. FOURNIER, deceased. William K. Dunwell, executor, etc., appellant; Anne E. Reeve and Fannie M. Aldrich, respondents. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Report of referee confirmed, and attorney's fee fixed at $1,000 less the sum of $255 already paid to him.

Fred F. FRENCH and ano., Respts., v. Edward J. KNAPP, impld., Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

Julia GALVIN, as administratrix, etc., of William F. Meade, deceased, respondent, v NORWOOD AVENUE GARAGE COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.